MALCOLM S. SEGAL - 075481
JAMES P. MAYO - 169897
**SEGAL & KIRBY LLP**
400 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone: (916) 441-0828
Facsimile: (916) 441-0886
msegal@segalandkirby.com
jmayo@segalandkirby.com

Attorneys for Claimant
KEVIN VU

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $97,972.70 IN U.S. CURRENCY SEIZED FROM SAFE CREDIT UNION BUSINESS CHECKING ACCOUNT NUMBER 499150, HELD IN THE NAME OF INDOOR SUN AND GARDEN,<br><br>　　　　　Defendant.<br>_____/ | CASE NO: 12-CV-02452-JAM-GGH<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE CLAIM**<br><br>_____ |

　　　　It is hereby stipulated by and between the United States of America and Claimant Kevin Vu ("Claimant"), by and through their respective attorneys, as follows:

　　　　1.　　On or about September 28, 2012, the United States filed a verified complaint for forfeiture against the defendant funds identified as approximately $97,972.70 in U.S. currency seized from Safe Credit Union business checking account number 499150, held in the name of Indoor Sun and Garden ("defendant funds").

2. On or about that same date, the United States caused a copy of the verified complaint for forfeiture and a notice of forfeiture action to be sent via certified mail to Claimant pursuant to Rule G(4)(b) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules").

3. On or about October 4, 2012, the United States caused a copy of the verified complaint for forfeiture, along with an order permitting publication, and other required documents to be personally served on Claimant.

4. Rule G(5)(a) of the Supplemental Rules provides that a responsive claim contesting forfeitability of the defendant funds is due to be filed by Claimant by the time stated in the direct notice sent under Supplemental Rule G(4)(b), *to wit* within 35 days after September 28, 2012.

5. Although the deadline for Claimant to file a timely claim may have expired, the parties wish by agreement to extend the time for Claimant to file a claim as provided in Supplemental Rule G(5)(a)(ii). The parties jointly agree that good cause exists for such an extension in order to permit counsel for Claimant, who was only recently retained, the opportunity to review and discuss the verified complaint for forfeiture with Claimant, and to permit Claimant, who previously submitted a timely claim in the predecessor administrative forfeiture proceedings, the opportunity to contest the instant civil forfeiture proceedings.

6. Accordingly, the parties agree and stipulate that the deadline by which Claimant shall be required to file a claim contesting the forfeitability of the defendant funds shall be extended to November 16, 2012.

Dated: November 13, 2012     **SEGAL & KIRBY LLP**

By: /s/ James P. Mayo
JAMES P. MAYO
Attorneys for Claimant
KEVIN VU

1 | Dated: November 13, 2012              BENJAMIN B. WAGNER
                                          United States Attorney

                                   By:   /s/ Kevin C. Khasigian
                                         KEVIN C. KHASIGIAN
                                         Assistant United States Attorney

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated:   November 13, 2012

                                         /s/ John A. Mendez
                                         JOHN A. MENDEZ
                                         United States District Court Judge