BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CV-02452-JAM-CKD |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE EXPERT WITNESS DISCLOSURE, DISCOVERY AND MOTION HEARING DATES; ORDER THEREON |
| APPROXIMATELY $97,972.70 IN U.S. CURRENCY SEIZED FROM SAFE CREDIT UNION BUSINESS CHECKING ACCOUNT NUMBER 499150, HELD IN THE NAME OF INDOOR SUN AND GARDEN, | |
| Defendant. | |

The United States and claimant Kevin Vu, by and through their undersigned attorneys, hereby stipulate:

1. This stipulation is executed by all parties who have appeared in and are affected by this action.

2. The expert witness and rebuttal expert witness disclosure dates currently set on May 15, 2013 and May 22, 2013, with the Court's approval, be continued to July 15, 2013 and July 22, 2013 to allow for continuing settlement discussions and the acquisition of income tax documents.

3. The discovery cutoff and motion hearing dates currently set on

1

Stipulation to Continue
Expert Witness Deadlines

July 1, 2013 and September 11, 2013, with the Court's approval, be continued to August 1, 2013 and October 11, 2013.

    4.    No other deadlines are impacted by this stipulation.

Dated:   5/8/13        BENJAMIN B. WAGNER
United States Attorney

By:   /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated:  5/8/13         /s/ James P. Mayo
JAMES P. MAYO
Attorney for claimant
Kevin Vu

(As authorized via email on 5/8/13)

**ORDER**

IT IS SO ORDERED.

Dated:   5/8/2013        /s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge