BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CV-02452-JAM-CKD |
| Plaintiff, | |
| v. | FINAL JUDGMENT OF FORFEITURE |
| APPROXIMATELY $97,972.70 in U.S. CURRENCY, SEIZED FROM SAFE CREDIT UNION BUSINESS CHECKING ACCOUNT NUMBER 499150, HELD IN THE NAME OF INDOOR SUN AND GARDEN, | |
| Defendant. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1.     This is a civil forfeiture action against Approximately $97,972.70 in U.S. Currency seized from Safe Credit Union business checking account number 499150, held in the name of Indoor Sun and Garden (the "defendant funds"), which were seized on or about August 7, 2012.

2.     A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on September 28, 2012, alleging that said defendant funds are subject to forfeiture to the United States pursuant to 18 U.S.C. § 984 and 31 U.S.C. § 5317(c)(2).

3.     On September 28, 2012, the Clerk issued a Warrant for Arrest for the

1

defendant funds, and that warrant was duly executed on October 3, 2012.

4.     Beginning on October 21, 2012, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on November 21, 2012.

5.     In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individual(s):  Kevin Vu.

6.     Claimant Kevin Vu filed a Verified Claim and Statement of Interest on November 16, 2012, alleging an interest in the defendant funds.  No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

7.     The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

8.     That judgment is hereby entered against claimant Kevin Vu and all other potential claimants who have not filed claims in this action.

9.     Upon entry of the Final Judgment of Forfeiture, $78,000.00 of the approximately $97,972.70 in U.S. Currency seized from Safe Credit Union business checking account number 499150, held in the name of Indoor Sun and Garden, together with all the interest that may have accrued on the total amount, shall be forfeited to the United States pursuant to 18 U.S.C. § 984 and 31 U.S.C. § 5317(c)(2), to be disposed of according to law.

10.    Upon entry of a Final Judgment of Forfeiture, but no later than 60 days thereafter, $19,972.70 of the approximately $97,972.70 in U.S. Currency seized from Safe Credit Union business checking account number 499150, held in the name of

Final Judgment of Forfeiture

Indoor Sun and Garden, shall be returned to claimant Kevin Vu through his attorney James P. Mayo.

11.    That the United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant funds.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed.  The parties waived the provisions of California Civil Code § 1542.

12.    Claimant waives any and all claim or right to interest that may have accrued on the defendant funds being forfeited to the United States.

13.    That pursuant to the stipulation of the parties, and the allegations set forth in the Complaint filed on September 28, 2012, the Court finds that there was reasonable cause for the seizure and arrest of the defendant funds, and for the commencement and prosecution of this forfeiture action, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

14.    All parties are to bear their own costs and attorneys' fees.

15.    The U.S. District Court for the Eastern District of California, Hon. John A. Mendez, District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

SO ORDERED THIS 16th day of July, 2013.

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

///
///
///
///

3

Final Judgment of Forfeiture

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>CERTIFICATE OF REASONABLE CAUSE</u>

Based upon the allegations set forth in the Complaint filed September 28, 2012, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure or arrest of the defendant funds, and for the commencement and prosecution of this forfeiture action.

DATED:   July 16, 2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

4